# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                         Case No.: 1:20−cr−00703
                                                           Honorable John Robert Blakey

, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

    MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of the Government's status report [85] which indicates that they do not oppose the Defendant's motion for extension of his surrender date [83]. The Court grants the unopposed motion [83], and Mr. Stepul shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2:00pm on 3/5/2026. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.