# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 11, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2708 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>GLENN STEPUL,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:20-cr-00703-1<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey |

On January 16, 2026, notice was filed that Defendant-Appellant Glenn Stepul may be financially eligible to afford legal services for this appeal. On January 28, 2026, the court ordered appellant to personally respond to the notice by February 25, 2026. The appellant did not file anything in response to that order. On March 3, 2026, the court issued a show cause order for appellant's failure to respond, ordered a response to the rule by April 7, 2026, and warned appellant that failure to do so may result in dismissal of this appeal. The appellant did not file anything in response to that order. The court, having received notice that appellant's address changed, issued a second show cause order on April 21, 2026, ordering appellant to personally respond to the show cause order by May 22, 2026. The court again warned appellant that failure to respond may result in dismissal of this appeal. The appellant has not filed a response and the deadline has passed. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to prosecute.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_BTC** (form ID: **178**)